UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-22965-ROSENBERG

TOMMY L. MURRELL,

    Petitioner,

v.

STATE OF FLORIDA & ATTORNEY
GENERAL ASHLEY MOODY,

    Respondents.
_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

**THIS CAUSE** is before the Court on the Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [DE 1]. The Court has considered the Petition [DE 1], the Government's Response [DE 9], the Petitioner's Reply [DE 11], and the court file. For the reasons discussed below, the Petition is denied.

A Florida state court sentenced Petitioner on September 7, 2016. DE 9 at 6. Slightly more than a year later, December 12, 2017, the Petitioner filed a federal habeas corpus petition. *Id.* The federal district court denied the petition on November 18, 2019. *Id.* at 7; DE 10-2 at 125. The Petitioner did not appeal.

Section 2254 habeas petitions must be filed within one year a judgment becomes final. 28 U.S.C. § 2244(d)(1). Thus, the time limit for the Petitioner to file a 2254 petition expired several years ago, and the Petition is due for dismissal as untimely.

A petitioner is also limited to one 2254 petition. A second or successive petition is subject to dismissal unless a petitioner receives permission to file an additional petition from the Eleventh Circuit Court of Appeals. 28 U.S.C. § 2244(b)(3)(A). The Petitioner has not received permission to file the instant Petition. Thus, the Petition is also due for dismissal as successive.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Petitioner's Petition [DE 1] is **DISMISSED AS BOTH TIME-BARRED AND SUCCESSIVE**;

2. Any pending motions are **DENIED** as moot;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 31st day of January, 2024.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record

Tommy L. Murrell
DC# 059828
Martin Correctional Institution
Inmate Mail/Parcels
1150, SW Allapattah Road
Indiantown, FL 34956